# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES, : | |
|     Plaintiff : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| MONTGOMERY COUNTY : | NO. 18-3774 |
| COMMUNITY COLLEGE, : | |
|     Defendant : | |

## **ORDER**

AND NOW, this 2nd day of August, 2019, upon consideration of Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 6), Plaintiff's Response thereto (ECF No. 7), and Defendant's Motion for Leave to File a Reply (ECF No. 8), it is hereby ORDERED as follows:

1. Defendant's Motion for Leave to File a Reply (ECF No. 8) is GRANTED; and,

2. Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 6) is DENIED.

                                                          BY THE COURT:

                                                          /s/ C. Darnell Jones, II
                                                          C. Darnell Jones, II    J.